UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: GRAND JURY | : | N-19-2  3:19mj1444 (SALM) |
| | : | |
| JOHN DOE | : | |
| | : | October 4, 2019 |

**MOTION TO SEAL WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

The United States of America, by John H. Durham, United States Attorney for the District of Connecticut, by Anthony E. Kaplan, Assistant United States Attorney, respectfully moves the Court for an Order sealing the Application for Writ of Habeas Corpus Ad Prosequendum.

The United States requests sealing because the application and writ relate to matters occurring before th Grand Jury and, therefore, are exempt from public disclosure under Fed. R. Crim. P. 6(e) and, moreover, disclosure of these items would jeopardize the ongoing investigation in this matter, and the personal safety of the defendant in this matter.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY
/s/
ANTHONY E. KAPLAN
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No.
157 Church Street, 25TH Fl.
New Haven, Connecticut  06510
(203) 821-3700

ORDER

The Government's Motion to Seal is hereby GRANTED/~~DENIED~~. This matter shall be sealed until April 4, 2020.

/s/ Sarah A. L. Merriam, USMJ
HON. SARAH A.L. MERRIAM
UNITED STATES DISTRICT JUDGE
Date: